# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 24, 2022

## NO. 03-21-00581-CV

**Property Design Group, LLC, and Robert T. Jones, Appellants**

**v.**

**Patricia Peterson, Appellee**

---

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND TRIANA
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the order signed by the trial court on November 8, 2021. Having reviewed the record, the Court holds that Property Design Group, LLC, and Robert T. Jones have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.